**CHIEF JUSTICE**
  ROGELIO VALDEZ

**JUSTICES**
  NELDA V. RODRIGUEZ
  DORI CONTRERAS GARZA
  GINA M. BENAVIDES
  GREGORY T. PERKES
  NORA L. LONGORIA

**CLERK**
  DORIAN E. RAMIREZ



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

January 9, 2015

Hon. Michael W. Morris
Assistant Criminal District Attorney
100 N. Closner
Edinburg, TX 78539
* DELIVERED VIA E-MAIL *

Mark Anthony Moncada Estrada
TDCJ #1568684
McConnell Unit
3001 S. Emily Drive
Beeville, TX 78102

Hon. Rene A. Guerra
Criminal District Attorney
Hidalgo County Courthouse
100 N. Closner, Room 303
Edinburg, TX 78539
* DELIVERED VIA E-MAIL *

Re:       Cause No. 13-13-00283-CR
Tr.Ct.No. CR-712-08-C
Style:    MARK ANTHONY MONCADA ESTRADA v. THE STATE OF TEXAS


    The above-referenced cause has been set for submission without oral argument on Friday, January 23, 2015, before a panel consisting of Justice Gina M. Benavides, Justice Gregory T. Perkes, and Justice Nora Longoria.   Pursuant to TEX. R. APP. P. 2, the Court suspends the 21 day notice requirement of Rule 39.8.  *See* TEX. R. APP. P. 2 (allowing appellate courts to suspend a rule's operation in a particular case and order a different procedure); TEX. R. APP. P. 39.8 (delineating notification requirements regarding submission of a cause).

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch